[No. 23210-7-III.   Division Three.   December 6, 2005.]

LEONARD E. CHILDRESS, *Appellant*, v. WATSON AGENCY, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Douglas County, No. 02-2-00322-0, John Hotchkiss, J., entered July 1, 2004. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney, A.C.J., and Schultheis, J.

[No. 23296-4-III.   Division Three.   December 6, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. BRYAN M. CORDOVA, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 04-8-00521-4, F. James Gavin, J., entered July 12, 2004. *Reversed* by unpublished opinion per Brown, J., concurred in by Schultheis, J., and Thompson, J. Pro Tem.

[No. 23363-4-III.   Division Three.   December 6, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JERRY LEE KELLER, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 04-1-00281-1, Dennis D. Yule, J., entered August 25, 2004. *Affirmed* by unpublished opinion per Kato, C.J., concurred in by Schultheis, J., and Thompson, J. Pro Tem.

[No. 23959-4-III.   Division Three.   December 6, 2005.]

JULIE GARIBAY, *Individually, as Guardian ad Litem, and as Personal Representative*, ET AL., *Appellants*, v. THE STATE OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for Grant County, No. 01-2-01314-5, Evan E. Sperline, J., entered June 1, 2004. *Affirmed* by unpublished opinion per Kato, C.J., concurred in by Sweeney and Brown, JJ. Now published at 131 Wn. App. 454.